IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00263-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM ISMAEL WILSON,

    Defendant.
_____

# ORDER
_____

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material (Motion) **(#15)**, pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i).

Having reviewed the Motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

**ORDERED** that the Government's Motion is **GRANTED**, and that the grand jury testimony and grand jury exhibits and other materials may be disclosed to Defendant and his attorney in the course of discovery in this case. It is

**FURTHER ORDERED** that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendant and his attorney; that the Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this 19th day of June, 2008.

                                                      **BY THE COURT:**

Marcia S. Krieger
United States District Judge