IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 16, 2009 |
| Court Reporter: Paul Zuckerman | |

Criminal Action No. 08-cr-00263-MSK
 08-cr-00450-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| Plaintiff, | |
| v. | |
| WILLIAM ISMAEL WILSON, | Stephen Peters |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:** Motions

**2:08 p.m.** **Court in session.**

Defendant present on bond.

The Court began the hearing addressing the discovery motions, but moved to the reciprocal motions to sever and/or join trial in both cases for purposes of clarity.

The Court addresses Defendant's Motions to Sever in **Case No. 08-cr-00263** (**Doc. #52**) and (**Doc. #40**) in **Case No. 08-cr-00450** and the Government's Motions for Joint Trial (**Doc. #53**) **Case No. 08-cr-00263** and (**Doc. #41**) **in Case No. 08-cr-00450.**

Argument by counsel Peters and Harmon.

**ORDER:** Defendant's Motions to Sever (**Doc. #52**) in **Case No. 08-cr-00263** and (**Doc. #40**) in **Case No. 08-cr-00450** are **GRANTED.** Case No. 08-cr-00263 will proceed to trial first followed by the trial in Case No. 08-cr-00450. **From this date forward the parties will file pleadings using the individual case number that is relevant and should no longer use joint and/or consolidated case numbers on any filings.**

**ORDER:** Government's Motions for Joint Trial (**Doc. #53**) in case **No. 08-cr-00263** and (**Doc. #41**) in **Case No. 08-cr-00450** are **DENIED.**

**The Court addresses discovery motions in Case No. 08-cr-00263:**

The Court addresses defendant's Motion for Brady Materials (**Doc. #49**).

Counsel advise that Doc. #49 has been resolved by agreement/stipulation.

The Court addresses defendant's Motion for Disclosure of Rule 404(b) Evidence (**Doc. #50**)

Argument by counsel Peters and Harmon.

**ORDER:** Defendant's Motion for Disclosure of Rule 404(b) Evidence (**Doc. #50**) is **GRANTED in part and DENIED in part.** Any 404(b) evidence or potential 404(b) evidence will be disclosed 30 days before trial (**October 9, 2009**).

The Court addresses Defendant's Motion for Rule 16 and Expert Discovery (**Doc. #51**).

Based on statement from the parties, this matter has been resolved by stipulation and the parties will continue to work together to resolve any outstanding issues with regard to logistics.

The Court addresses government's motion for reciprocal discovery (**Doc. #65**)

**ORDER:** Government's motion for reciprocal discovery (**Doc. #65**) is **GRANTED** in part and **DENIED** in part. Defendant will provide reciprocal discovery to the Government by **August 31, 2009** that will include all that would be produced and required for the foundational elements of Rule 702 as to expert witnesses. The Joint 702 Motion, if any, will be filed by **September 14, 2009.**

**The Court addresses the discovery motions in Case No. 08-cr-00450.**

The Court addresses Defendant's Motion for Release of Brady Materials (**Doc. #37**).

Based on statements from counsel, this matter has been resolved by stipulation of the parties.

The Court addresses Defendant's Motion for Disclosure of Rule 404(b) Evidence (**Doc. #38**).

Argument by counsel Peters and Harmon.

**ORDER:** Defendant's Motion for Disclosure of Rule 404(b) Evidence (**Doc. #38**) is **GRANTED in part and DENIED in part.** The Government will identify which of the 438 forgeries it intends to use at trial and which of those documents contains defendant's handwriting. The Government will provide this information no later than 30 days prior to trial. Fifty-five days after receipt of the information, Rule 16 / 702 reciprocal reports will be provided and tens days thereafter the parties will file their joint Rule 702 motion, if any. Specific date deadlines will be set when the trial date is set in this matter.

**ORDER:** Trial is set in **Case No. 08-cr-00263** on **November 9, 2009 at 1:00 p.m.** to continue into the week of **November 16, 2009.** Final Pretrial Conference is set **November 6, 2009 at 3:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.

**With regard to Case No. 08-cr-00263, the Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.** The Court specifically found the case to be complex and that failure to grant a continuance of a trial beyond the remaining 60 days would prevent counsel from adequately preparing for trial in the exercise of due diligence. The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

**ORDER:** Status conference is set in **Case No. 08-cr-00450** on **December 1, 2009 at 11:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**With regard to Case No. 08-cr-00450, the Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.** The Court expressly finds that the tabulation of speedy trial time is tolled until December 1, 2009, after the time set for trial in **Case No. 08-cr-00263.** The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

**ORDER:** Bond is continued.

**3:45 p.m.** **Court in recess.**

**Total Time: 1 hour 37 minutes.**
**Hearing concluded.**