UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-000263-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM ISMAEL WILSON

    Defendant.

---

**TRANSFER ORDER**

---

THIS MATTER is before the Court on review of the file. Pursuant to D.C.Colo.LCrR 50.1, and the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, this matter is hereby TRANSFERRED to **Chief Judge Kathryn H. Vratil of the District of Kansas** with the understanding that Judge Vratil will assume responsibility for the future management and trial of the case including consideration of all future pre-trial and post-trial motions and matters, the actual trial of the case, and issues arising during jury deliberation.

    Dated: October 23, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge