# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| v. | ) | No. 08-263-KHV |
| | ) | No. 08-450-KHV |
| WILLIAM I. WILSON, | ) | No. 10-621-KHV |
| | ) | |
| Defendant. | ) | |

## NOTICE AND ORDER

In the event that the Court rejects the parties' Plea Agreement (Doc. #239 in the 450 Case) at the sentencing set for May 5, 2011 at 3:30 p.m., the parties are hereby notified that the Court will (1) proceed with sentencing in the 263 Case at that time, (2) hold a motions hearing in the 450 and 621 cases on June 6, 2011 at 2:30 p.m. and (3) proceed with trial in the 450 and 621 Cases on July 6, 2011 at 9:30 a.m. Consistent with this procedure, the United States Probation Office is directed that in addition to any combined presentence report for the 263, 450 and 621 cases, it shall prepare and disclose a presentence report for the 263 Case only.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2011, at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge