## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | **CRIMINAL ACTION** |
| v. | ) | |
| | ) | **No. 08-cr-263-KHV** |
| WILLIAM WILSON, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's pro se Motion For A New Trial Pursuant To F.R.Crim. P., Rule 33(b)(1) Based On Newly Discovered Evidence (Doc. #310) filed February 17, 2011. The Court overrules defendant's motion because defendant is represented by counsel. See Fed. R. Civ. P. 11 (every pleading, written motion and other paper shall be signed by at least one attorney of record); United States v. Sandoval-DeLao, 283 Fed. Appx. 621, 625 (10th Cir. 2008) (no error in refusal to consider pro se motion when defendant represented by counsel); United States v. Castellon, 218 Fed. Appx. 775, 780 (10th Cir. 2007) (if criminal defendant represented by counsel, court does not accept pro se filings or allegations); United States v. McKinley, 58 F.3d 1475, 1480 (10th Cir. 1995) (no constitutional right to "hybrid form of representation").[1]

**IT IS THEREFORE ORDERED** that defendant's pro se Motion For A New Trial Pursuant

---

[1]      In any event, defendant has not shown that he is entitled to a new trial. To succeed on a motion for new trial based on newly discovered evidence, the movant must show (1) the evidence was discovered after trial; (2) the failure to discover the evidence was not caused by defendant's lack of diligence; (3) the new evidence is not merely impeaching; (4) the new evidence is material to the principal issues involved; and (5) the new evidence would probably produce an acquittal in a new trial. United States v. Pearson, 203 F.3d 1243, 1274 (10th Cir. 2000). Defendant refers to the "new evidence" generally as "Aqua Finance" documents but he has not attached the relevant documents so that the Court can evaluate the foregoing factors. From defendant's description of the documents, they do not appear to be "new" evidence which is material to the principal issues involved in the 263 Case or that would have probably produced an acquittal in a new trial of the 263 Case.

To F.R.Crim. P., Rule 33(b)(1) Based On Newly Discovered Evidence (Doc. #310) filed February 17, 2011 be and hereby is **OVERRULED**.

Dated this 1st day of March, 2011, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
