IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00263-KHV

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM I. WILSON,

      Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the hearing on May 5, 2011, Government's counsel and Defendant's advisory counsel shall retain custody of the respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 5th day of May, 2011.

BY THE COURT:

Kathryn H. Vratil, Judge
United States District Court