IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 08-cr-00263-KHV
Criminal Case No. 08-cr-00450-KHV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM WILSON,

    Defendant.

___

ORDER
___

    This matter is before the Court on the government's motion for estreature and declaration of forfeiture of the defendant William Wilson's appearance bonds and for entry of default judgment. Upon consideration of the motion, it is ORDERED as follows:

    1.    The government's motion for estreature, declaration of forfeiture of the defendant William Wilson's $25,000 unsecured appearance bond in Criminal Case No. 08-cr-00263-KHV, and entry of default judgment is sustained. The Court declares forfeited the defendant William Wilson's $25,000 unsecured appearance bond in Criminal Case No. 08-cr-00263-KHV. The Court enters default judgment in the amount of $25,000 in Criminal Case No. 08-cr-00263-KHV.

    2.    The government's motion for estreature, declaration of forfeiture of the defendant William Wilson's $25,000 unsecured appearance bond in Criminal Case No. 08-cr-00450-KHV, and entry of default judgment is sustained. The Court declares

forfeited the defendant William Wilson's $25,000 unsecured appearance bond in Criminal Case No. 08-cr-00450-KHV.  The Court enters default judgment in the amount of $25,000 in Criminal Case No. 08-cr-00450-KHV.

Dated at Denver, Colorado, this 9th day of May, 2011.

BY THE COURT:

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Court