# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03104-KHV
(Criminal Action No. 08-cr-00263-KHV)

UNITED STATES OF AMERICA,

v.

WILLIAM I. WILSON,

    Defendant/Movant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C. § 2255 Motion of Judge Kathryn H. Vratil entered on February 10, 2015 it is

ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 464 filed November 18, 2014), is DENIED as time-barred under 28 U.S.C. § 2255(f). It is

FURTHER ORDERED that a certificate of appealability is DENIED. It is

FURTHER ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this 10th day of February, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   A. Thomas

    Deputy Clerk